UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

Lisa A. Williams, §
 §
    Plaintiff, §
 §
versus §    Civil Action H-12-252
 §
LNV Corporation, et al., §
 §
    Defendants. §

# Final Dismissal

1. Lisa A. Williams's claim against Dovenmuehle Mortgage, Inc., is dismissed for want of prosecution.

2. Lisa A. Williams's claims against LNV Corporation are dismissed for failure to state a claim.

3. If she contests the trustee's foreclosure, she must do it by moving to re-open this case.

Signed on April 19, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge