IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA A. WILLIAMS, | § | |
| *Plaintiff* | § § § | No. 4:14-cv-03721 |
| LNV CORPORATION and DOVENMUEHLE MORTGAGE, INC., | § § § | |
| *Defendants.* | § | |

## ORDER TO TRANSFER AND CONSOLIDATE

Defendants' motion to transfer this action for consolidation with Civil Action no. 4:12-cv-00252 is GRANTED pursuant to the order of Final Dismissal entered therein.

IT IS SO ORDERED.

Signed this 6th day of February, 2015

_____
JUDGE PRESIDING

ORDER TO REOPEN ACTION