| | | |
|---|---|---|
| Lisa A. Williams, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-14-3721 |
| | § | |
| LNV Corporation, et al., | § | |
| | § | |
| Defendants. | § | |

## Order Setting Hearing

A hearing will be held on Lisa A. Williams's disobedience with the court's order of April 19, 2012, and all other motions:

February 19, 2015,
at 3:00 p.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on February 9, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge