UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA A. WILLIAMS, <br> Plaintiff <br><br> V. <br><br><br><br> LNV CORPORATIONS and <br> DOVENMUEHLE MORTGAGE, INC <br><br> Defendants | § <br> § <br> § <br> § <br> §    CIVIL ACTION NO. 4:12-CV-00252 <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Barbara J. Hudson, and Lanease D. Fuller Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1. Movants are attorney of record for LISA A. WILLIAMS, and was employed to represent Plaintiff.

2. Good cause exists for withdrawal for lack of communication and cooperation from Plaintiff LISA A. WILLIAMS.

3. This withdrawal is not sought for delay, but that Petitioner might be represented by counsel of her choice.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court will grant her motion to withdraw on the face of this pleading. Alternatively, Movant requests that the Court set this matter for a hearing so that Movant may present evidence in support of this motion.

Respectfully submitted,

By: /s/ Barbara J. Hudson
Barbara J. Hudson
Federal Bar ID Number: 18771
4615 Southwest Frwy. Suite 820
Houston, Texas 77027
Telephone (713) 621-1973
Facsimile (713) 439- 7471

By: /s/
Foreclosure Assistant Legal Center
Lanease D. Fuller
State Bar No. 07522750
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the following was delivered to all counsel of record as shown below:

_____ Mailed by certified mail, return receipt requested, postage prepaid, in a postpaid properly addressed wrapper, in a post office or official depository under the care and custody of the United States Postal Service.

_____ Hand-delivered by courier receipted delivery.

_____ Forwarded by next day receipted delivery service.

__X__ Communicated by telephonic document transfer to the recipient's current telecopy number.

Gregg & Valby, PC
Attention Thomas Beck
1700 West Loop South, Suite 200
Houston, Texas 77027

/s/ BARBARA J. HUDSON

/s/ LANEASE D. FULLER

## CERTIFICATE OF CONFERENCE

      I hereby certify that a true copy of the following was delivered to all counsel of record as shown below:

_____    Mailed by certified mail, return receipt requested, postage prepaid, in a postpaid properly addressed wrapper, in a post office or official depository under the care and custody of the United States Postal Service.

_____    Hand-delivered by courier receipted delivery.

_____    Forwarded by next day receipted delivery service.

__X__    Communicated by telephonic document transfer to the recipient's current telecopy number.

__X__    Electronic Service via the Southern District of Texas Electronic Case Filing System (ECF).

Gregg & Valby, PC
Attention Thomas Beck
1700 West Loop South, Suite 200
Houston, Texas 77027

_____
BARBARA J. HUDSON

_____
LANEASE D. FULLER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA A. WILLIAMS,<br>Plaintiff<br><br>V.<br><br><br><br><br>LNV CORPORATIONS and<br>DOVENMUEHLE MORTGAGE, INC<br><br>Defendants | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:12-CV-00252<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER MOTION TO WITHDRAW AS COUNSEL

The Court has considered Plaintiff's Motion for Leave to File First Amended Petition and the argument contained therein.

IT IS ORDERED that Plaintiff, LISA A. WILLIAMS'S Motion to Withdraw as Counsel is hereby GRANTED.

SIGNED this _____ day of _____, 2015.

_____
U.S. DISTRICT COURT JUDGE