| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Lisa A. Williams, §
§
       Plaintiff, §
§
versus §       Civil Action H-12-252
§
LNV Corporation, et al., §
§
       Defendants. §

## Final Dismissal

1. Lisa A. Williams's claims against LNV Corporation and Dovenmuehle Mortgage Inc. are dismissed with prejudice.

2. This is Williams's third suit against the same parties on the same facts and legal theories. Williams's second suit was dismissed with prejudice for not having stated a claim. That dismissal precludes this suit.

3. Assuming the second suit were not preclusive, Williams's complaint in the most recent pleading does not state a claim on which relief may be granted. The defects in the complaint are manifest and conceded by Williams. She also admitted that she filed the lis pendens on the advice of some unknown person to stall the foreclosure. Her candor was refreshing but unavailing.

Signed on February 20, 2015, at Houston, Texas.

                                                    Lynn N. Hughes
                                        United States District Judge